**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

| | |
|---|---|
| **TROY CHEW** | **PLAINTIFF** |
| **V.** | **NO. 2:11CV196-P-A** |
| **BOBBY PHILLIPS, et al.** | **DEFENDANTS** |

**FINAL JUDGMENT**

In accordance with the opinion issued this day, the Plaintiff's complaint is DISMISSED. This matter is CLOSED.

IT IS SO ORDERED.

THIS the 14th day of October, 2011.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE